UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROBERT PARKER,

           Plaintiff,

   v.

A. WILSON, et al.,

           Defendants.

CASE NO. 3:24-cv-05826-JCC-DWC

ORDER TO SHOW CAUSE

    This prisoner civil rights action has been referred to United States Magistrate Judge David W. Christel. Plaintiff Robert Parker, proceeding *pro se*, filed a motion to proceed *in forma pauperis*, a certified copy of his prison trust account statement, and a proposed civil rights complaint. Dkts. 4, 4-1, 4-2. Plaintiff states he has $2,337.65 cash on hand, and the average spendable balance in his prison trust account is $2,445.43. Dkt. 4 at 2, 4. Although Plaintiff also states he lost his job working in the kitchen at Stafford Creek Correction Center in July 2024, this circumstance does not impact the funds currently available to him. *Id.* at 5.

    Based on the information supplied to the Court, Plaintiff can afford the $405.00 filing fee. Therefore, Plaintiff is ordered to show cause why his IFP motion should not be denied.

Plaintiff must respond to this show cause order not later than November 20, 2024. In the alternative, Plaintiff may pay the $405.00 filing fee on or before that date.

Failure to show cause or pay the stated amount shall be deemed a failure to properly prosecute and may result in a recommendation this action be dismissed. The Clerk of Court is directed to renote the IFP motion (Dkt. 4) for consideration on November 20, 2024.

Dated this 21st day of October, 2024.

David W. Christel
United States Magistrate Judge