THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT PARKER, | CASE NO. C24-5826-JCC |
| Plaintiff, | ORDER |
| v. | |
| A. WILSON, *et al.*, | |
| Defendants. | |

The Court, having reviewed the Report and Recommendation ("R&R") of the Honorable David W. Christel, United States Magistrate Judge, the remaining record, and there being no timely objection, does hereby find and ORDER:

(1)  The Court adopts the R&R (Dkt. No. 7).

(2)  Plaintiff's motion to proceed *in forma pauperis* (Dkt. No. 4) is DENIED and he is directed to pay the $405.00 filing fee within 30 days of this Order. Plaintiff is advised that failure to pay the filing fee by that date will result in dismissal of this action without prejudice.

(3)  The Clerk is DIRECTED to send copies of this Order to Plaintiff and the Hon. David W. Christel.

//

ORDER
C24-5826-JCC
PAGE - 1

1    DATED this 2nd day of January 2025.

2

3

4    _____

5    John C. Coughenour
     UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER
C24-5826-JCC
PAGE - 2